USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/26/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLIN CORPORATION,

                Plaintiffs

    - against -

HUNTSMAN ETHYLENEAMINES LLC,

                Defendant.

HUNTSMAN ETHYLENEAMINES LLC et al.,

                Counterclaim
                Plaintiffs,

    - against -

OLIN CORPORATION et al.,

                Counterclaim
                Defendants.

BLUE CUBE OPERATIONS LLC,

                Counterclaim
                Plaintiff,

    - against -

HUNTSMAN PETROCHEMICAL LLC,

                Counterclaim
                Defendant.

24 Civ. 02797(VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The parties are directed to submit a joint letter no later than July 24, 2024, addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the

parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a completed Case Management Plan. The Case Management Plan must provide that discovery is to be completed within four months unless otherwise permitted by the Court. A model Case Management Plan is available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED.**

Dated: June 26, 2024
       New York, New York

                                                    _____
                                                    Victor Marrero
                                                    U.S.D.J.