USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OLIN CORPORATION,

        Plaintiffs

- against -

HUNTSMAN ETHYLENEAMINES LLC,

        Defendant.

---

HUNTSMAN ETHYLENEAMINES LLC et al.,

        Counterclaim
        Plaintiffs,

- against -

OLIN CORPORATION et al.,

        Counterclaim
        Defendants.

---

BLUE CUBE OPERATIONS LLC,

        Counterclaim
        Plaintiff,

- against -

HUNTSMAN PETROCHEMICAL LLC,

        Counterclaim
        Defendant.

---

24 Civ. 02797(VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

It is hereby **ORDERED** that the Case Management Conference currently scheduled for January 24, 2025, is hereby adjourned to April 11, 2025, at 1:00 PM.

2

**SO ORDERED.**

Dated: December 9, 2024
       New York, New York

_____
Victor Marrero
U.S.D.J.