UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLIN CORPORATION,<br><br>                   Plaintiff,<br><br>v.<br><br>HUNTSMAN ETHYLENEAMINES LLC,<br><br>                   Defendant.<br>-----------------------------------------------------------<br>HUNTSMAN ETHYLENEAMINES LLC et al.,<br><br>                   Counterclaim Plaintiffs,<br><br>v.<br><br>OLIN CORPORATION et al.,<br><br>                   Counterclaim Defendants.<br>-----------------------------------------------------------<br>BLUE CUBE OPERATIONS LLC,<br><br>                   Counterclaim Plaintiff,<br><br>v.<br><br>HUNTSMAN PETROCHEMICAL LLC,<br><br>                   Counterclaim Defendant. | 24-CV-02797 (JAV)<br><br>**<u>ORDER</u>** |

JEANNETTE A. VARGAS, United States District Judge:

      Pursuant to Section 8(d) of the Court's Individual Rules and Practices in Civil Cases and paragraph 8 of the Case Management Plan entered in this matter, ECF No. 43, the parties were required to file a post-fact discovery joint status letter by April 4, 2025. To date, the parties have

not filed the joint letter.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **April 22, 2025**.

Dated: April 15, 2025
      New York, New York

                                                    JEANNETTE A. VARGAS
                                                    United States District Judge